H. S. PARKS ET AL. v. P. H. IGO.

(No. 3152.)

ERROR from Red River County. Opinion by WILLSON, J.

SIMS & WRIGHT, counsel for plaintiff in error.

No counsel appeared for defendant in error.

§ 11. *Appeal from justice's court; judgment by default on, unauthorized in the absence of appearance by, or proper notice to, appellee.* Igo recovered judgment against Parks *et al.* in justice's court for a less amount than he conceived he was entitled to, and appealed to the county court. At the next term of the county court after said appeal Igo obtained a judgment by default in said cause against said Parks *et al.* for the full amount of his claim and all costs. Parks *et al.*, at the time of the rendition of said judgment by default, had not entered an appearance in said cause, nor had they been served with notice of said appeal. We are clearly of the opinion that said judgment by default was unauthorized, and must be set aside. Upon the non-appearance of Parks *et al.* the cause should have been continued to the next term of the court, they not having been served with notice of the appeal. [Sayles' Civil St., art. 1639.]

October 26, 1889.  Reversed and remanded.